IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-317 |
| | ) |
| ALONZO FENNELL. | ) |

**ORDER OF COURT**

AND NOW, this ___3d___ day of ___March___, 2014, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated in its entirety into this Order. It is further ORDERED that:

(1) The Bureau of Alcohol, Tobacco, Firearms and Explosives will release the H&K .40 caliber pistol, Serial No. 26-027960 "as-is" to Mutual Benefit Group through their designated representative, Braverman Arms Company.

(2) The subject firearm is released free and clear of all forfeiture rights of the United States.

(3) All right, title and interest of Alonzo Fennell in the subject firearm is hereby divested.

(4) A certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. § 2465.

_____
United States District Court