PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

## Report on Offender Under Supervision

Name of Offender:   Alonzo Fennell                    Case Number:   0315 2:09CR00317-001

Name of Sentencing Judicial Officer:        Honorable Maurice B. Cohill, Jr.

Date of Original Sentence:      4/12/2012

Original Offense:        Possession with Intent to Distribute Cocaine Base and Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Original Sentence:       70 months of imprisonment; followed by 3 years of supervised release

Special Conditions:      Drug Testing & Treatment, Search/Seizure, Special Assessment

Type of Supervision:      Supervised Release        Date Supervision Commenced:        6/10/2014

Prior Court History:      N/A

---

### NONCOMPLIANCE SUMMARY
The offender has not complied with the following condition(s) of supervision:

Unlawful drug use.  On January 14, 2016, February 18, 2016, March 31, 2016, and April 1, 2016, the offender tested positive for marijuana.  The offender admitted to drug use.

U.S. Probation Officer Action:

The offender has been participating in out-patient drug and alcohol treatment with Addiction Recovery Services since January 21, 2016.  Due to the offender continuing to test positive for marijuana, he is now required to report to the U.S. Probation Office every Friday for weekly meetings in addition to treatment.  The offender was also given a verbal warning by the U.S. Probation Officer that if usage continues, the offender will be required to participate in the Intermediate Sanction Program on a weekly basis.

Alonzo Fennell
0315 2:09CR00317-001
Prob 12A
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Wesley Evans
United States Probation Officer

Approved By: _____
Romona Clark
Assistant Deputy Chief U.S. Probation Officer

Date: _____
4/8/2016

THE COURT ORDERS:

☒ The Probation Officer's Plan Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Other

_____
Signature of Judicial Officer

_____
4/12/16
Date: