PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Alonzo Fennell | Docket No.2:09CR00317 |
| Sentencing Judge: | Maurice B. Cohill, Jr., Senior United States District Judge | |
| Date of Original Sentence: | April 12, 2012 | |
| Original Offense: | Possession with Intent to Distribute 5 Grams or more of a Mixture and Substance Containing a Detectable Amount of Cocaine Bases, in the Form Commonly known as Crack, a Schedule II Controlled Substance. | |
| | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. | |
| Original Sentence: | 70 months of imprisonment; 36 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Drug Treatment, Substance Abuse Testing, Search/Seizure, Forfeiture | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: June 10, 2014 |

Prior Court History:

01/07/2016: Order; Report on Offender Under Supervision: Positive drug tests reported to the Court, offender verbally reprimanded and referred to outpatient drug and alcohol treatment.

04/08/2016: Order; Report on Offender Under Supervision: Positive drug tests reported to the Court, offender verbally reprimanded and was directed to report every Friday to the Probation Officer for weekly meetings in addition to drug and alcohol treatment.

### PETITITIONING THE COURT

The offender has not complied with the following condition(s) of supervision:

Unlawful drug use. On April 15, 2016, May 12, 2016, and May 20, 2016, the offender tested positive for marijuana. The offender admitted drug use.

☐ To extend the term of supervision for Click here to enter text. years, for a total term of Click here to enter text. years.
☒ To modify the conditions of supervision as follows:

The offender shall be placed in the Intermediate Sanction Program, effective June 6, 2016. The Intermediate Sanction Program (ISP) is a 12 week course designed to address offender's cognitions as well as their criminogenic needs.

Offender: Alonzo Fennell
Docket No.2:09CR00317

## CAUSE

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
               Wesley Evans
               U.S. Probation Office

Approved By: _____
               Assistant Deputy Chief U.S. Probation Officer
Date: 5/27/2016

## THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above.
☒ The Modification of conditions as noted above
☐ Other

_____
Maurice B. Cohill, Jr., Senior United States District Judge

5/31/16
Date

PROB 49
(3/89)

# United States District Court

## Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The Offender shall be placed in the Intermediate Sanction Program, effective June 6, 2016. The Intermediate Sanction Program (ISP) is a 12 week course designed to address offender's cognitions as well as their criminogenic needs.

Witness: _____  Signed: _____
Wesley D. Evans                         Alonzo Fennell
United States Probation Officer         Probationer or Supervised Releasee

5/27/2016
Date